# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO MINOR  :  No. 375
                              :
JUDICIARY EDUCATION BOARD     :  MAGISTERIAL RULES DOCKET

## O R D E R

**PER CURIAM:**

AND NOW, this 19th day of August, 2014, Richard E. Hammon,* Cumberland County, is hereby appointed as a member of the Minor Judiciary Education Board for a term expiring July 1, 2017.


*Lay elector